RECEIVED
IN LAKE CHARLES, LA

FEB 13 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LANCE B. MCCONNELL<br>FED. REG. NO. 57590-180 | * CIVIL ACTION NO. 2:13-CV-2309<br>*<br>* |
| Plaintiff | * |
| V. | * JUDGE MINALDI<br>*<br>* |
| WARDEN CHARLES MAIORANA | *<br>* MAGISTRATE JUDGE KAY |
| Defendant | * |

********************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the Objections [Doc. 5] filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion to Compel Ruling [Doc. 6] be and hereby is **DENIED AS MOOT.**

Lake Charles, Louisiana, this 13 day of January, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE